David C. West #3426
Chapter 7 Trustee
321 N. Mall Dr., #O-202
St. George, UT  84790
Tel. (435) 673-0790
Fax (435) 652-8269



# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br>DAVID DAISEL McMULLIN and<br>KRISTIE ELIASON McMULLIN,<br><br>Debtors. | Bankruptcy Case No. 10-21093 WTT<br><br>Chapter 7 |

## DEPOSIT OF SMALL DIVIDENDS AND UNCLAIMED FUNDS

David C. West, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1. That amounts listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

2. The funds are on deposit in The Bank of New York Mellon, Account #92002401117666.

3. The claimants and amounts are as follows:

| | |
|---|---|
| Questar Gas Company<br>Bankruptcy DNR 244<br>P.O. Box 3194<br>Salt Lake City, UT 84110-3194 | $   .11 |
| Sallie Mae Inc.<br>Department of Education<br>P.O. Box 740351<br>Atlanta, GA 30374-0351 | $ 3.45 |
| Intermountain Healthcare<br>P.O. Box 27808<br>Salt Lake City, UT 84127-0808 | $   .94 |



| | |
|---|---|
| Discover Bank<br>Dfs Services LLC<br>P.O. Box 3025<br>Albany, OH 43054-3025 | $ 4.72 |
| UniqueScreen Media, Inc<br>Attn: Heather Hoskins<br>314 10th Avenue South, Suite 160<br>Waite Park, MN 56387 | $ 1.12 |
| Total | $10.34 |

4. A check in the amount of $10.34, representing said small dividends and unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.

DATED this 7th day of November, 2011.

*David C West* (signature)
David C. West, Trustee

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Deposit of Small Dividends and Unclaimed Funds to the parties listed below by depositing the same in the United States mail, postage prepaid, this 7th day of November, 2011.

U.S. Trustees Office
Ken Garff Building
405 South Main Street, Suite 300
Salt Lake City, UT 84111

*David C West* (signature)
David C. West

2